UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIAN PHILLIPS,

    Plaintiff,

vs.

THE YOST SUPERIOR CO., *et. al*,

    Defendants.

Case No. 3:21-cv-15

District Judge Michael J. Newman

_____

**ORDER AND ENTRY: (1) DISMISSING THIS CASE WITH PREJUDICE AND
(2) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

The Court, having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement, if necessary, for 60 days.

**IT IS SO ORDERED.**

Date:   May 26, 2021                              s/ Michael J. Newman
                                                                               Hon. Michael J. Newman
                                                                                United States District Judge